# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN DARIUS TAMBA,<br><br>Plaintiff,<br><br>v.<br><br>ICE,<br><br>Defendant. | Civil No. 18-1324 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

John Darius Tamba, A028209212, Sherburne County Jail, 13880 Business Center Drive, Suite 200, Elk River, MN 55330, *pro se* plaintiff.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on January 10, 2019 (Docket No. 20). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2019　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court